**UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>      Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES, INC., EMC CORPORATION;<br><br>      Defendants. | C.A. No. 6:21-cv-00788-ADA<br><br>**JURY TRIAL DEMANDED** |

## **NOTICE OF RELATED CASES**

Plaintiff Sonrai Memory Limited ("Sonrai") hereby provides notice that the following related cases are pending in this district:

- *Sonrai Memory Limited v. Amazon.com, Inc.*, Case No. 6:21-cv-00787-ADA (filed in W.D. Tex. on July 30, 2021);

- *Sonrai Memory Limited v. Lenovo Group Ltd., et al.*, Case No. 6:21-cv-00790-ADA (filed in W.D. Tex. on July 30, 2021);

- *Sonrai Memory Limited v. LG Electronics Inc., et al.,* Case No. :21-cv-00791-ADA (filed in W.D. Tex. on July 30, 2021);

- *Sonrai Memory Limited v. Motorola Mobility LLC*, Case No. :21-cv-00792-ADA (filed in W.D. Tex. on July 30, 2021); and,

- *Sonrai Memory Limited v. Samsung Electronics Co., Ltd., et al.*, Case No. :21-cv-00793-ADA (filed in W.D. Tex. on July 30, 2021).

Dated: July 30, 2021

Respectfully submitted,

*/s/ Reza Mirzaie*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com

1

Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Facsimile: (310) 826-6991

***Attorneys for Plaintiff Sonrai Memory Limited***