# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SONRAI MEMORY LTD.,<br><br>  Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., EMC CORPORATION,<br><br>  Defendants. | Civil Action No. 6:21-cv-0788 |

## ORDER GRANTING DEFENDANTS DELL TECHNOLOGIES INC. AND EMC CORPORATION'S UNOPPOSED MOTION TO STAY ACTION <u>PENDING ITC DETERMINATION</u>

The Court having, considered the Defendants Dell Technologies Inc. and EMC Corporation's Unopposed Motion To Stay Action Pending ITC Determination:

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay Action Pending ITC Determination is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **STAYED** pending further order of the Court.

**IT IS FURTHER ORDERED** that Plaintiff may move the Court to lift the stay upon the change in the proceedings before the U.S. International Trade Commission.

Dated: October 4, 2021

_____
THE HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE