IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC. AND EMC CORPORATION,<br><br>    Defendants. | Case No.  6:21-cv-00788-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Sonrai Memory Limited ("Plaintiff") and Defendants Dell Technologies Inc. and EMC Corporation, ("Defendants") have resolved Plaintiff's claims for relief against Defendants and Defendants' claims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Dell Technologies Inc. and EMC Corporation, with prejudice and Defendants' claims or defenses for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Respectfully submitted,

| | |
|---|---|
| Dated: August 17, 2022 | Dated: August 17, 2022 |
| */s/ Amy E. Hayden* | */s/ J. Stephen Ravel* |
| Reza Mirzaie (CA SBN 246953)<br>rmirzaie@raklaw.com<br>Marc A. Fenster (CA SBN 181067)<br>mfenster@raklaw.com | J. Stephen Ravel<br>KELLY HART & HALLMAN LLP<br>303 Colorado, Suite 2000<br>Austin, Texas 78701 |

1

James Milkey (CA SBN 281283)  
jmilkey@raklaw.com  
Amy E. Hayden (CA SBN 287026)  
ahayden@raklaw.com  
Christian W. Conkle (CA SBN 306374)  
cconkle@raklaw.com  
Jonathan Ma (CA SBN 312773)  
jma@raklaw.com  
RUSS AUGUST & KABAT  
12424 Wilshire Blvd., 12th Floor  
Los Angeles, California 90025  
Telephone: (310) 826-7474  

*Attorneys for Plaintiff Sonrai Memory Limited*

Tel: (512) 495-6429  
Fax: (512) 495-6401  
Email: steve.ravel@kellyhart.com  

*Attorney for Defendants Dell Technologies Inc. and EMC Corporation*

## **CERTIFICATE OF SERVICE**

I certify that on August 17, 2022, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Amy E. Hayden*
Amy E. Hayden
